UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 31 2016 ★
BROOKLYN OFFICE

_Edgar Gonzalez_

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

CV 16 - 2826

JURY DEMAND
YES ✓   NO

ORIGINAL

-against-

_Police Officer Sherman in his individual capacity, and his official capacity_

AMON, J.

BLOOM, M.J.

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff _Edgar Gonzalez_

If you are incarcerated, provide the name of the facility and address:

_Otis Bantaum Correctional Center_
_1600 Hazen Street_
_East Elmhurst, N.Y._

Prisoner ID Number: _B/C 141 15 108 08_

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Sherman
**Full Name**

Police Officer
**Job Title**

79 PCT (Brooklyn) NY 11206
Tomkins ave
**Address**

Defendant No. 2

_____
**Full Name**

_____
**Job Title**

_____
**Address**

Defendant No. 3

_____
**Full Name**

_____
**Job Title**

_____

2

_____
Address

Defendant No. 4    _____
Full Name

_____
Job Title

_____
Address

Defendant No. 5    _____
Full Name

_____
Job Title

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _In front of 65 Tomkins ave Brooklyn N.Y. 11206_

When did the events happen? (include approximate time and date) _On May 24, 2014 at about 12:30 A.M I was at my Ex-girlfriend house_

3

**Facts: (what happened?)**

On that day in questioned I was falsely Arrest in violation of my Constitutional rights under the 4th, 8th, 10th, and 14th Amendment of the United State Constitutional Due Process Clause. The Petitioner was charge with Assault in the 2nd, 3rd, and Possession of a weapon. The respondent Proceeded under the Color of law and made an arrest without Proable Cause. There is no evidences to support any allegations of a crime. ~~I do not know who called the~~ My Exgirl Marie Irizzary ran Across the street and made a Complaint. I was Accuse of Possession of firearm, however, It has been determine by a Jury of My Peers. There was no Crime, and the Police made a false Arrest.

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The Petitioner was Struck in the head with the officer night stick. I receive a Cut on My right hand. I was locked up for a 11 Months As a result of this false Arrest

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

I am looking to be Compensated in the Amount of 15 Million dollars for time in Jail, and for violating My Civil Rights. Pain and Suffering. Cruel and unusual Punishment. emotional distress

I declare under penalty of perjury that on  5/25/16 , I delivered this complaint to prison authorities at  O.B.C.C  to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/25/16

_Edgar Lyal_ (Signature of Plaintiff)

Otis Bantum Correctional Ctr
**Name of Prison Facility or Address if not incarcerated**

1600 Hazen Street
East Elmhurst, NY 11370
**Address**

B/c 1411510800
**Prisoner ID#**

rev. 12/1/2015

5