AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| EDGAR GONZALEZ<br><br>*Plaintiff*<br><br>v.<br><br>POLICE OFFICER SAMUEL SHARMAN<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 16-cv-2826 (CBA)(LB)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICER SAMUEL SHARMAN, SHIELD #03717
NYPD 79TH PRECINCT
263 TOMPKINS AVENUE
BROOKLYN, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pro Se, Edgar Gonzalez
# 141-15-10808
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 06/29/16

S. GALEANO
*Signature of Clerk or Deputy Clerk*